ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Northwind Engineering, LLC | ) ASBCA No. 63158 |
| | ) |
| Under Contract No. N40085-14-C-6824 | ) |

APPEARANCES FOR THE APPELLANT:       Brian S. Wood, Esq.
                                     Jacob W. Scott, Esq.
                                     Charles F. Blanchard, Esq.
                                       Smith, Currie & Hancock LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                       Navy Chief Trial Attorney
                                     Jerry Kim, Esq.
                                       Trial Attorney

<u>ORDER OF DISMISSAL</u>

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 19, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63158, Appeal of Northwind Engineering, LLC, rendered in conformance with the Board's Charter.

Dated:  September 19, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals